IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PNC Bank, National Association, Successor In Interest By Merger To National City Bank, Successor In Interest By Merger To National City Bank Of The Midwest,<br><br>                         Plaintiff,<br><br>v.<br><br>KD Transport, Inc., An Illinois Corporation;<br>J & D Brokerage, Inc., An Illinois Corporation,<br><br>                         Defendants. | Case No. 15 cv 04274<br>Assigned Judge: Sharon Johnson Coleman<br>Magistrate Judge: Susan E. Cox<br><br><u>Property Address:</u><br>3234 211th Street<br>Lynwood, Illinois 60411 |

## MOTION FOR JUDGMENT OF FORECLOSURE AND SALE (COUNT I)

NOW COMES the Plaintiff, PNC Bank, National Association, Successor In Interest Via Merger to National City Bank, Successor In Interest Via Merger to National City Bank of the Midwest by its attorneys Crowley & Lamb, P.C., and moves the Court for the entry of a Judgment of Foreclosure and Sale in its favor and against the Defendant(s):

KD Transport Inc., an Illinois Corporation

J&D Brokerage Inc., an Illinois Corporation

and as grounds thereof state:

As appears from the Affidavit of Plaintiff placed on file in support of this Motion attached hereto as Exhibit "A", and from the pleadings and admissions on file, there is no

1

genuine issue as to any material fact, and the Plaintiff is entitled to a Judgment of Foreclosure and Sale in this case as a matter of law.

By One of the Attorneys for PNC Bank, National Association, Successor In Interest By Merger To National City Bank, Successor In Interest By Merger To National City Bank Of The Midwest

By: /s/Francis J. Pendergast, III
      One of Its Attorneys

Francis J. Pendergast, III (ARDC#3127593)
CROWLEY & LAMB, P.C.
221 N. LaSalle Street, Suite 1550
Chicago, Illinois 60601
(312) 670-6900
fpendergast@crowleylamb.com